1   ERIC J. RATINOFF / SBN: 166204
    SEAN M. PATRICK / SBN: 287544
2   **KERSHAW CUTTER & RATINOFF, LLP**
    401 Watt Avenue
3   Sacramento, CA 95864
    Telephone:  (916) 448-9800
4   Facsimile:  (916) 669-4499

5   Attorneys for Plaintiffs

6

7

8               **IN THE UNITED STATES DISTRICT COURT**

9               **EASTERN DISTRICT OF CALIFORNIA**

10

11  PATSY RODGERS, individually and          Case No.: 2:12-CV-00415-MCE-DAD
    as JOHN RODGERS' successor in
12  interest; NANCY ADAMS; MARY              **ORDER RE PLAINTIFF'S *EX PARTE***
    LANGDON; and STEVE RODGERS.              **APPLICATION re PLAINTIFF'S**
13                                           **MOTION TO MODIFY THE PRE-**
                                             **TRIAL SCHEDULING ORDER BY**
14          Plaintiffs,                      **EXTENDING DISCOVERY CUT-OFF**
                                             **DATE**
15          v.

16  SUNRISE SENIOR LIVING, INC,
    and DOES 1 through 80, inclusive,
17
            Defendants.
18

19          **IT IS HERBY ORDERED** that Plaintiff's *Ex Parte* Application for an Order

20  Shortening Time regarding Plaintiff's motion to Modify the Pre-trial Scheduling

21  Order by Extending the Discovery Cut-Off date is **GRANTED**.  The following dates

22  will be modified as well:

23          • Designation of Expert Witnesses/Disclosures will be completed by

24             February 27, 2014.

25          • Dispositive Motion Hearing Date will be set for June 12, 2014 at 2 pm.

26          • Final Pretrial Conference Hearing will be set for September 4, 2014 at

27             2 pm.

28
    ─────────────────────────────────────────────
                            -1-

- Jury Trial will commence on October 27, 2014 at 9 am.

**IT IS SO ORDERED.**

DATE:  May 1, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT