ERIC J. RATINOFF / SBN: 166204
SEAN M. PATRICK / SBN: 287544
**KERSHAW CUTTER & RATINOFF, LLP**
401 Watt Avenue
Sacramento, CA 95864
Telephone: (916) 448-9800
Facsimile: (916) 669-4499

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATSY RODGERS, individually and as JOHN RODGERS' successor in interest; NANCY ADAMS; MARY LANGDON; and STEVE RODGERS.<br><br>Plaintiffs,<br><br>v.<br><br>SUNRISE SENIOR LIVING, INC, and DOES 1 through 80, inclusive,<br><br>Defendants. | Case No.: 2:12-CV-00415-MCE-DAD<br><br>**ORDER RE PLAINTIFF'S *EX PARTE* APPLICATION re PLAINTIFF'S MOTION TO MODIFY THE PRE-TRIAL SCHEDULING ORDER BY EXTENDING DISCOVERY CUT-OFF DATE** |

**IT IS HERBY ORDERED** that Plaintiff's *Ex Parte* Application for an Order Shortening Time regarding Plaintiff's motion to Modify the Pre-trial Scheduling Order by Extending the Discovery Cut-Off date is **GRANTED**. The following dates will be modified as well:

- Designation of Expert Witnesses/Disclosures will be completed by February 27, 2014.
- Dispositive Motion Hearing Date will be set for June 12, 2014 at 2 pm.
- Final Pretrial Conference Hearing will be set for September 4, 2014 at 2 pm.

-1-

- Jury Trial will commence on October 27, 2014 at 9 am.

**IT IS SO ORDERED.**

DATE:  May 1, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT