ERIC J. RATINOFF / SBN: 166204
MARLA STRAIN / SBN:132142
**KERSHAW CUTTER & RATINOFF, LLP**
401 Watt Avenue
Sacramento, CA 95864
Telephone: (916) 448-9800
Facsimile: (916) 669-4499
Email: eratinoff@kcrlegal.com
Email: mstrain@kcrlegal.com

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATSY RODGERS, individually and as JOHN RODGERS' successor in interest; NANCY ADAMS; MARY LANGDON; and STEVE RODGERS, <br><br> Plaintiffs, <br><br> v. <br><br> SUNRISE SENIOR LIVING, INC, and DOES 1 through 80, inclusive, <br><br> Defendants. | Case No.: 2:12-CV-00415-MCE-AC <br><br> **STIPULATION AND ORDER TO EXTEND DISCOVERY CUTOFF** <br><br> Complaint Filed: December 29, 2011 <br> Trial Date: October 27, 2014 |

IT IS HEREBY STIPULATED by the parties, through their attorneys of record, as follows:

1.  Pursuant to the Court's Order Modifying the Pre-Trial Scheduling Order dated May 2, 2013, the jury trial is scheduled for October 27, 2014.

2.  The discovery cutoff date was initially June 7, 2013. Pursuant to the Joint Stipulation signed by the parties and filed with the Court on April 26, 2013, Document 18-1, attached to Plaintiff's Ex Parte Application for Order Shortening Time on Motion to Modify the Pre-Trial Scheduling Order the discovery cutoff was continued to December 30, 2013.

-1-
**STIPULATION AND ORDER TO EXTEND DISCOVERY CUTOFF**
**Case No.: 2:12-CV-00415-MCE-AC**

3. It was recently discovered that the May 2, 2013 Court Order issued pursuant to the April 26, 2013 Stipulation and Order did not set forth the stipulated extension to the discovery cutoff. Nevertheless, the parties have proceeded in this action under the assumption that the discovery cutoff is December 30, 2013.

4. Despite efforts on the part of all counsel to complete discovery, the parties agree that it cannot be completed by the previously stipulated December 30, 2013 discovery cutoff.

5. Accordingly, the parties stipulate to a continuance of the discovery cutoff date to January 31, 2014.

6. The parties further stipulate that all motions and discovery deadlines will follow the new discovery cutoff date.

7. The parties do not wish to continue the trial.

8. The parties further stipulate that this stipulation may be signed in counterparts, and a faxed signature should be deemed counsel's original signature.

**SO STIPULATED.**

Dated: November ___, 2013        KERSHAW, CUTTER & RATINOFF LLP


By:_____
    Eric J. Ratinoff, SBN: 166204
    Marla C. Strain, SBN 132142
    401 Watt Avenue
    Sacramento, CA  95864
    Telephone: (916) 448-9800
    Facsimile:  (916) 669-4499
    *Counsel for Plaintiffs*

-2-
STIPULATION AND ORDER TO EXTEND DISCOVERY CUTOFF
Case No.: 2:12-CV-00415-MCE-AC

Dated: November ___, 2013          MORRIS POLICY & PURDY

By:_____
Michael P. West, SBN: 172478
Andrew R. Chivinski, SBN 236861
1055 West Seventh Street, 24th Floor
Los Angeles, CA  90017-2503
Telephone:  (213) 891-9100
Facsimile:  (213) 488-1178
*Counsel for Defendant*

### ORDER

IT IS HEREBY ORDERED that the June 7, 2013 discovery cutoff be extended to January 31, 2014.

IT IS FURTHER ORDERED that all motions and discovery deadlines will follow the new discovery cutoff date.

Dated:  December 3, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

-3-
**STIPULATION AND ORDER TO EXTEND DISCOVERY CUTOFF**
**Case No.:  2:12-CV-00415-MCE-AC**