Michael P. West, Esq., State Bar No.: 172478
mwest@mpplaw.com
Andrew R. Chivinski, State Bar No.: 236861
achivinski@mpplaw.com
**MORRIS POLICH & PURDY LLP**
1055 West Seventh Street, 24th Floor
Los Angeles, California 90017
Telephone:  (213) 891-9100
Facsimile:   (213) 488-1178

Attorneys for Defendants,
SUNRISE SENIOR LIVING, INC.
n/k/a SUNRISE SENIOR LIVING, LLC AND
SUNRISE SENIOR LIVING MANAGEMENT, INC.

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATSY RODGERS, individually and as JOHN RODGERS' successor in interest; NANCY ADAMS; MARY LANGDON; and STEVE RODGERS<br><br>Plaintiffs,<br><br>vs.<br><br>SUNRISE SENIOR LIVING, INC., and DOES 1 – 80, inclusive,<br><br>Defendants. | Case No. 2:12-CV-00415-MCE<br>Assigned to:  Honorable Morrison C. England<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY CUTOFF**<br><br>[RE: Sacramento County Superior Court Case No. 34-2011-00116340] |

**IT IS HEREBY STIPULATED** by the parties, through their attorneys of record, as follows:

1. Pursuant to the Court's Order Modifying the Pre-Trial Scheduling Order dated May 2, 2013, the jury trial is scheduled for October 27, 2014.

2. The discovery cutoff date was initially December 30, 2013. Pursuant to the Joint Stipulation signed by the parties and filed with the Court on November 26, 2013, Exhibit A attached to this stipulation, the discovery cutoff was continued to January 31, 2014.

3. Despite efforts on the part of all counsel to complete discovery, the parties agree

1

that it cannot be completed by the previously stipulated January 31, 2014, discovery cutoff.

4. Accordingly, the parties stipulate to a continuance of the discovery cutoff date for 60 days to April 1, 2014.

5. The parties further stipulate that all motions and discovery deadlines will follow the new discovery cutoff date.

6. The parties do not wish to continue trial.

7. The parties further stipulate that this stipulation may be signed in counterparts and a faxed signature should be deemed counsel's original signature.

**IT IS SO STIPULATED.**

Dated: January __, 2014

KERSHAW, CUTTER & RATINOFF LLP

By:_____
Eric J. Ratinoff, SBN: 166204
Marla C: Strain, SBN 132142

Attorneys for Plaintiffs
PATSY RODGERS, individually and as JOHN RODGERS' successor in interest; NANCY ADAMS; MARY LANGDON: and STEVE RODGERS

Dated: January ___, 2014

MORRIS POLICH & PURDY LLP

By:_____
Michael P. West, SBN: 172478
Andrew R. Chivinski, SBN: 236861

Attorneys for Defendants,
SUNRISE SENIOR LIVING, INC. n/k/a SUNRISE SENIOR LIVING, LLC and SUNRISE SENIOR LIVING MANAGEMENT. INC.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

# ORDER

**IT IS HEREBY ORDERED** that the January 31, 2014, discovery cutoff be extended to April 1, 2014.

**IT IS FUTHER ORDERED** that all motions and discovery deadlines will follow the new discovery cutoff date, in accordance with the parties' stipulation.

IT IS SO ORDERED.

Dated:  January 22, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT