ERIC J. RATINOFF / SBN: 166204
MARLA STRAIN / SBN:132142
**KERSHAW CUTTER & RATINOFF, LLP**
401 Watt Avenue
Sacramento, CA 95864
Telephone: (916) 448-9800
Facsimile: (916) 669-4499
Email: eratinoff@kcrlegal.com
Email: mstrain@kcrlegal.com

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATSY RODGERS, individually and as JOHN RODGERS' successor in interest; NANCY ADAMS; MARY LANGDON; and STEVE RODGERS,<br><br>Plaintiffs,<br><br>v.<br><br>SUNRISE SENIOR LIVING, INC, and DOES 1 through 80, inclusive,<br><br>Defendants. | Case No.: 2:12-CV-00415-MCE-AC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO DISCLOSE EXPERT TESTIMONY**<br><br>Complaint Filed: December 29, 2011<br>Trial Date: October 27, 2014 |

IT IS HEREBY STIPULATED by the parties, through their attorneys of record, as follows:

1. Pursuant to the Court's Order Modifying the Pre-Trial Scheduling Order dated May 2, 2013, the jury trial is scheduled for October 27, 2014.

2. The time to disclose expert testimony is currently scheduled for February 27, 2014. The parties have agreed and stipulate to extend the time to disclose expert testimony until July 29, 2014, which is 90 days prior to the scheduled trial date. This stipulated expert disclosure date is made pursuant to and in accordance with Federal Rules of Civil Procedure Rule 26(a)(2)(D).

-1-

     3.     Pursuant to prior Stipulation and Order, Document 31 filed January 24, 2014, non-expert discovery cut-off is April 1, 2014.  The stipulated extension of expert disclosure is in the interests of justice and fairness as non-expert discovery is currently on-going by both parties.

     4.     The parties do not wish to continue the trial.

     5.     The parties further stipulate that this stipulation may be signed in counterparts, and a faxed signature should be deemed counsel's original signature.

**SO STIPULATED.**

Dated:  November ___, 2013     KERSHAW, CUTTER & RATINOFF LLP

By:_____
     Eric J. Ratinoff, SBN: 166204
     Marla C. Strain, SBN 132142
     401 Watt Avenue
     Sacramento, CA  95864
     Telephone: (916) 448-9800
     Facsimile:  (916) 669-4499
     *Counsel for Plaintiffs*

Dated: November ___, 2013                MORRIS POLICY & PURDY

                                         By:_____
                                              Michael P. West, SBN: 172478
                                              Andrew R. Chivinski, SBN 236861
                                              1055 West Seventh Street, 24th Floor
                                              Los Angeles, CA  90017-2503
                                              Telephone:  (213) 891-9100
                                              Facsimile:  (213) 488-1178
                                              *Counsel for Defendant*

**ORDER**

IT IS HEREBY ORDERED that the February 27, 2014, time to disclose expert testimony is extended to July 29, 2014.

Dated:  February 26, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT