ERIC J. RATINOFF / SBN: 166204
MARLA C. STRAIN / SBN:132142
ALLISON L. PEASE / SBN: 291372
**KERSHAW CUTTER & RATINOFF, LLP**
401 Watt Avenue
Sacramento, CA 95864
Telephone:  (916) 448-9800
Facsimile:  (916) 669-4499
Email:  eratinoff@kcrlegal.com
Email:  mstrain@kcrlegal.com
Email:  apease@kcrlegal.com

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATSY RODGERS, individually and as JOHN RODGERS' successor in interest; NANCY ADAMS; MARY LANGDON; and STEVE RODGERS,<br><br>Plaintiffs,<br><br>v.<br><br>SUNRISE SENIOR LIVING, INC, and DOES 1 through 80, inclusive,<br><br>Defendants. | Case No.: 2:12-CV-00415-MCE-AC<br>Honorable Allison Claire<br><br>**STIPULATION AND ORDER WITHDRAWING ONLY THOSE DISCOVERY DISAGREEMENTS RELATING TO DISCOVERY OF DEFENDANTS' FINANCIAL CONDITION AND SETTING THOSE ISSUES FOR SEPARATE HEARING ON A NOTICED MOTION BY PLAINTIFFS**<br><br>Date:  March 5, 2014<br>Time:  10:00 a.m.<br>Courtroom: 26<br>Complaint Filed:  December 8, 2010<br>Trial Date:  October 27, 2014 |

IT IS HEREBY STIPULATED by the parties, through their attorneys of record, as follows:

**1.**  Due to certain misunderstandings concerning the Joint Statement of Discovery Disagreements, which was submitted in connection with the Motion for Protective Order filed by Defendants SUNRISE SENIOR LIVING, INC. n/k/a SUNRISE SENIOR LIVING, LLC AND SUNRISE SENIOR LIVING

MANAGEMENT, INC. (hereinafter "Sunrise") and set for hearing March 5, 2014 at 10:00 AM, plaintiffs and Sunrise have agreed to withdraw all of the discovery disagreements pertaining to discovery into Sunrise's financial condition. The withdrawn issues are: PMK Matter # 4/Document Request #4; PMK Matter # 5/Document Request #5; PMK Matter # 6/Document Request #6; PMK Matter # 7/Document Request #7; PMK Matter # 8/Document Request #8; PMK Matter #9/Document Request #9. All other discovery disagreements remain at-issue for the hearing on March 5, 2014.

**2.** Plaintiffs will file a separate, properly-noticed motion seeking an order from this Court allowing discovery into Sunrise's financial condition under California Civil Code § 3295. This motion will be heard on March 26, 2014 at 10:00 AM. Sunrise will be opposing this motion.

3. The parties further stipulate that this stipulation may be signed in counterparts, and a faxed signature should be deemed counsel's original signature.

**SO STIPULATED.**

Dated: March 3, 2014         KERSHAW, CUTTER & RATINOFF LLP


By:   /s/ Allison L. Pease
Eric J. Ratinoff, SBN: 166204
Marla C. Strain, SBN: 132142
Allison L. Pease SBN: 291372
401 Watt Avenue
Sacramento, CA  95864
Telephone: (916) 448-9800
Facsimile:  (916) 669-4499
*Counsel for Plaintiffs*

Dated: March 3, 2014         MORRIS POLICY & PURDY


By:   /s/ Andrew R. Chivinski
Michael P. West, SBN: 172478
Andrew R. Chivinski, SBN 236861
1055 West Seventh Street, 24th Floor
Los Angeles, CA  90017-2503
Telephone:  (213) 891-9100
Facsimile:  (213) 488-1178
*Counsel for Defendant*

# ORDER

IT IS HEREBY ORDERED that all of the discovery disagreements pertaining to discovery into Sunrise's financial condition are withdrawn from consideration at the hearing on defendant Sunrise's Motion for Protective Order, presently set for hearing on March 5, 2014. The withdrawn issues are: PMK Matter # 4/Document Request #4; PMK Matter # 5/Document Request #5; PMK Matter # 6/Document Request #6; PMK Matter # 7/Document Request #7; PMK Matter # 8/Document Request #8; PMK Matter #9/Document Request #9.

Plaintiffs will file a separate, properly-noticed motion seeking an order from this Court allowing discovery into Sunrise's financial condition under California Civil Code § 3295. This motion will be heard on March 26, 2014 at 10:00 AM.

IT IS SO ORDERED.

DATED: March 3, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE