ERIC J. RATINOFF / SBN: 166204
MARLA STRAIN / SBN: 132142
ALLISON L. PEASE / SBN: 291372
**KERSHAW CUTTER & RATINOFF, LLP**
401 Watt Avenue
Sacramento, CA 95864
Telephone:  (916) 448-9800
Facsimile:  (916) 669-4499
Email:  eratinoff@kcrlegal.com
Email:  mstrain@kcrlegal.com
Email:  apease@kcrlegal.com

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATSY RODGERS, individually and as JOHN RODGERS' successor in interest; NANCY ADAMS; MARY LANGDON; and STEVE RODGERS,<br><br>Plaintiffs,<br><br>v.<br><br>SUNRISE SENIOR LIVING, INC, and DOES 1 through 80, inclusive,<br><br>Defendants. | Case No.: 2:12-CV-00415-MCE-AC<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY CUTOFF**<br><br>Complaint Filed: December 29, 2011<br>Trial Date:  October 27, 2014 |

IT IS HEREBY STIPULATED by the parties, through their attorneys of record, as follows:

1. Pursuant to the Court's Order Modifying the Pre-Trial Scheduling Order dated May 2, 2013, the jury trial is scheduled for October 27, 2014.

2. Pursuant to prior the Stipulation and Order, Document 31, filed January 24, 2014, current non-expert discovery cutoff is April 1, 2014.

3. The parties stipulate to continue the non-expert discovery cutoff an additional 45-days for the filing of a motion to compel Defendant's responses to

Plaintiffs' Request for Production, Set Three, served on December 16, 2013. The new non-expert discovery cutoff will be May 16, 2014, for this purpose only.

4.   The parties further stipulate that Plaintiffs will not notice additional depositions of Defendant, notwithstanding any deposition with respect to Defendant's response to Plaintiffs' Request for Production of Documents, Set Three.

5.   The parties do not wish to continue the trial.

6.   The parties further stipulate that this stipulation may be signed in counterparts, and a faxed signature should be deemed counsel's original signature.

**SO STIPULATED.**

Dated:  March 7, 2014          KERSHAW, CUTTER & RATINOFF LLP


By:___/s/ Allison L. Pease_____
     Eric J. Ratinoff, SBN: 166204
     Marla C. Strain, SBN: 132142
     Allison L. Pease, SBN: 291372
     401 Watt Avenue
     Sacramento, CA  95864
     Telephone: (916) 448-9800
     Facsimile:  (916) 669-4499
     *Counsel for Plaintiffs*

Dated: March 7, 2014          MORRIS POLICY & PURDY


By:___/s/  Andrew R. Chivinski
Michael P. West, SBN: 172478
Andrew R. Chivinski, SBN 236861
1055 West Seventh Street, 24th Floor
Los Angeles, CA  90017-2503
Telephone:  (213) 891-9100
Facsimile:  (213) 488-1178
*Counsel for Defendant*

### ORDER

The April 1, 2014 non-expert discovery cutoff is this matter is extended to May 16, 2014 for the filing of a motion to compel Defendant's responses to Plaintiffs' Request for Production, Set Three, served on December 16, 2013. Per the parties' stipulation above, the new non-expert discovery cutoff will be May 16, 2014, for this purpose only.

IT IS SO ORDERED.

Dated:  March 12, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT