ERIC J. RATINOFF / SBN: 166204
MARLA STRAIN / SBN:132142
**KERSHAW CUTTER & RATINOFF, LLP**
401 Watt Avenue
Sacramento, CA 95864
Telephone:  (916) 448-9800
Facsimile:  (916) 669-4499
Email:  eratinoff@kcrlegal.com
Email:  mstrain@kcrlegal.com

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATSY RODGERS, individually and as JOHN RODGERS' successor in interest; NANCY ADAMS; MARY LANGDON; and STEVE RODGERS,<br><br>Plaintiffs,<br><br>v.<br><br>SUNRISE SENIOR LIVING, INC, and DOES 1 through 80, inclusive,<br><br>Defendants. | Case No.: 2:12-CV-00415-MCE-AC<br>Honorable Morrison C. England, Jr.<br><br>**STIPULATION AND ORDER RE-SCHEDULING HEARING DATE ON PLAINTIFFS' MOTION FOR SANCTIONS FOR SPOLIATION OF EVIDENCE**<br><br>Date:  April 17, 2014<br>Time:  2:00 PM<br>Courtroom: 7 |

   IT IS HEREBY STIPULATED by the parties, through their attorneys of record, as follows:

   1. That Plaintiffs' Motion for Sanctions for Spoliation of Evidence, presently set for hearing on April 17, 2014, be re-scheduled to a hearing date of May 1, 2014.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

2. The filing date for opposition and reply briefs shall be pursuant to the Federal Rules of Civil Procedure, based off of the new hearing date of May 1, 2014.

**IT IS SO STIPULATED.**

Dated: April ___, 2014        KERSHAW, CUTTER & RATINOFF LLP

By:_____

Eric J. Ratinoff, SBN: 166204
Marla C. Strain, SBN 132142
401 Watt Avenue
Sacramento, CA  95864
Telephone: (916) 448-9800
Facsimile:  (916) 669-4499
*Counsel for Plaintiffs*

Dated: April ___, 2014        MORRIS POLICY & PURDY

By:_____

Michael P. West, SBN: 172478
Andrew R. Chivinski, SBN 236861
1055 West Seventh Street, 24th Floor
Los Angeles, CA  90017-2503
Telephone:  (213) 891-9100
Facsimile:  (213) 488-1178
*Counsel for Defendant*

**ORDER**

In consideration of the parties' foregoing stipulation, **IT IS HEREBY ORDERED**:

1. That Plaintiffs' Motion for Sanctions for Spoliation of Evidence, presently set for hearing on April 17, 2014, is hereby re-scheduled to May 1, 2014.

/ / /

/ / /

/ / /

/ / /

2.  The filing date for opposition and reply briefs shall be pursuant to the Federal Rules of Civil Procedure and Local Rule 230, based off of the new hearing date of May 1, 2014.

**IT IS SO ORDERED.**

**Dated:  April 8, 2014**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT