ERIC J. RATINOFF / SBN: 166204
MARLA STRAIN / SBN: 132142
**KERSHAW CUTTER & RATINOFF, LLP**
401 Watt Avenue
Sacramento, CA 95864
Telephone:  (916) 448-9800
Facsimile:  (916) 669-4499
Email:  eratinoff@kcrlegal.com
Email:  mstrain@kcrlegal.com

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATSY RODGERS, individually and as JOHN RODGERS' successor in interest; NANCY ADAMS; MARY LANGDON; and STEVE RODGERS,<br><br>     Plaintiffs,<br><br>v.<br><br>SUNRISE SENIOR LIVING, INC, and DOES 1 through 80, inclusive,<br><br>     Defendants. | Case No.: 2:12-CV-00415-MCE-AC<br><br>**STIPULATION AND ORDER RE-SCHEDULING HEARING DATE ON PLAINTIFF'S MOTION FOR SANCATIONS FOR SPOLIATION OF EVIDENCE BEFORE MAGISTRATE JUDGE ALLISON CLAIRE**<br><br>Complaint Filed: December 29, 2011<br>Trial Date:  January 26, 2015 |

   IT IS HEREBY STIPULATED by the parties, through their attorneys of record, as follows:

   1.   Plaintiff's Motion for Sanctions for Spoliation of Evidence which was scheduled for June 26, 2014 at 2:00 p.m. before Honorable Judge Morrison England, be rescheduled for August 20, 2014 at 10:00 a.m., before Magistrate Judge Allison Claire.

/ / /

2. The filing date for oppositions and reply briefs shall be pursuant to the Federal Rules of Civil Procedure, based off of the new hearing date of August 20, 2014.

**SO STIPULATED.**

Dated: June ___, 2014        KERSHAW, CUTTER & RATINOFF LLP


By _____
   Eric J. Ratinoff, SBN: 166204
   Marla C. Strain, SBN: 132142
   401 Watt Avenue
   Sacramento, CA  95864
   Telephone: (916) 448-9800
   Facsimile:  (916) 669-4499
   *Counsel for Plaintiffs*

Dated: June ___, 2014               MORRIS POLICY & PURDY


By _____
   Michael P. West, SBN: 172478
   Andrew R. Chivinski, SBN 236861
   1055 West Seventh Street, 24th Floor
   Los Angeles, CA  90017-2503
   Telephone:  (213) 891-9100
   Facsimile:  (213) 488-1178
   *Counsel for Defendant*

### ORDER

In consideration of the parties' foregoing stipulation, IT IS HEREBY ORDERED:

1. The Plaintiff's Motion for Sanctions for Spoliation of Evidence which was scheduled for June 26, 2014 at 2:00 p.m. before Honorable Judge Morrison England, be rescheduled for August 20, 2014 at 10:00 a.m., before Magistrate Judge Allison Claire.

2. The filing date for oppositions and reply briefs shall be pursuant to the Federal Rules of Civil Procedure, based off of the new hearing date of August 20, 2014.

DATED: June 24, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE